UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mc-24133-MOORE/ELFENBEIN

In Re Application of

**RAFAELLA GOUVEIA**, as Executor of
the Estate of Danielly Gouveia,

    Applicant,

**Pursuant to 28 U.S.C. § 1782
for Judicial Assistance in Obtaining
Evidence for Use in a Foreign Proceeding**.
_____/

**ORDER GRANTING AXXION GROUP 21, LLC,
2601 COLLINS AVE CORP., AND BLACK BADGE, CORP.'S
UNOPPOSED MOTION TO FILE THEIR REPLY UNDER SEAL**

**THIS CAUSE** came before the Court upon Respondents', Axxion Group 21, LLC, 2601 Collins Ave Corp., and Black Badge, Corp. ("Respondents"), Unopposed Motion for Leave to File Reply in Support of their Motion to Vacate the November 14, 2023 Order Granting the Estate of Danielly Gouveia's 28 U.S.C. § 1782 *ex parte* Application Under Seal, ECF No. [25] (the "Motion").

On October 27, 2023, Applicant, Rafaella Gouveia, as Executor of the Estate of Danielly Gouveia Guedes Loureiro ("Applicant"), filed an *ex parte* Application for Judicial Assistance in Obtaining Evidence for Use in a Foreign Proceeding pursuant to 28 U.S.C. § 1782, ECF No. [1] (the "Application"), which this Court granted on November 14, 2023, ECF No. [5].

Thereafter, on January 12, 2024, Applicant filed an Unopposed Motion to Restrict Access to Information, seeking to limit public access to certain information in the Application pursuant to a sealing order entered by a Brazilian court, ECF No. [6], which this Court granted on January 16, 2024, ECF No. [8].

Case No. 23-mc-24133-MOORE/ELFENBEIN

On January 18, 2024, Respondents filed an unopposed motion seeking leave to file their Motion to Vacate the November 14, 2023 Order under seal, ECF No. [11], which the Court granted on January 19, 2024, ECF No. [12].  On February 16, 2024, Applicant similarly filed an unopposed motion, requesting leave to file her Response to the Motion to Vacate under seal, ECF No. [20]. The Court granted that motion on February 20, 2024, ECF No. [21].

In the instant Motion, Respondents seek leave to file and seal their Reply in support of the Motion to Vacate and for an extension of time to file the Reply pending this Court's ruling on the instant Motion.  The Court has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.  Based on the information provided and considering the totality of the circumstances, including that the Motion is unopposed, the Court finds good cause for the relief sought.

Accordingly, it is hereby **ORDERED and ADJUDGED** that Respondents' Motion, ECF No. [25], is **GRANTED** as follows:

1. Respondents are authorized to file **UNDER SEAL** their Reply in support of the Motion to Vacate the Court's November 14, 2023 Order Granting the Estate of Danielly Gouveia's 28 U.S.C. § 1782 *ex parte* Application in accordance with Local Rule 5.4.  The Clerk **SHALL** maintain such filing under seal and not otherwise make such document public until such time as this case concludes or unless permitted by order of the Court.

Case No. 23-mc-24133-MOORE/ELFENBEIN

2. Respondents **SHALL** have **two (2) business days** from the entry of this Order in which to file their Reply in support of the Motion to Vacate under seal in accordance with the foregoing.

**DONE and ORDERED** in Chambers in Miami, Florida, on March 20, 2024.

*[signature]*

**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc:     Counsel of Record